UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY G. PHILPOT, | ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 1:14-cv-1356-SEB-DML ) |
| BAKE ME A WISH, LLC, | ) ) |
| Defendant. | ) ) |

## PLAINTIFF LARRY G PHILPOT'S, NOTICE OF SETTLEMENT

Plaintiff, Larry G. Philpot, Pro Se, submits this Notice of Settlement, and respectfully notifies the Court that Plaintiff LARRY G. PHILPOT and Defendant BAKE ME A WISH, LLC have reached a settlement of the claims and issues between them. PLAINTIFF LARRY G. PHILPOT anticipates that the parties will submit dismissal papers by December 10, 2014.

WHEREFORE, Plaintiff, Larry G. Philpot, respectfully submits this Notice of Settlement.

Respectfully submitted,

_____
Larry G. Philpot (Pro Se)
8125 Halyard Way, 1st Floor
Indianapolis, IN 46236
317-567-1338
Larry@behindthemusic.net

## CERTIFICATE OF SERVICE

I, Larry G. Philpot, under penalty of perjury state that the attached correspondence, filed today, November 24, 2014, has been served by email, and by US Mail upon the following:

Matthew Joseph Clark
Meitus Gelbert Rose LLP
47 S. Meridian St., #400
Indianapolis, IN 46204
Phone: (317) 464-5307
mclark@mgrfirm.com

_____
Larry Philpot, Pro Se

Larry Philpot
8125 Halyard Way, 1st Floor
Indianapolis, IN 46236
317-567-1338
Larry@behindthemusic.net